# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

AUSTIN MATTHEW BROOKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2673
_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.